# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**IHOR AND HALYNA CHOMIAK**
    Plaintiffs,

                                                                          **CASE NO. 2:23-CV-1049**

v.

**AMERICAN STRATEGIC INSURANCE CORP,**
    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiffs, Ihor and Halyna Chomiak, and Defendant, American Strategic Insurance Corp, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: November 22, 2024.    Respectfully Submitted,

                                      */s/ Larry A. Strauss*
                                    LARRY A. STRAUSS, Esq.
                                    Florida Bar No.: 654671
                                    **GED LAWYERS, LLP**
                                    7171 North Federal Highway
                                    Boca Raton, FL 33487
                                    (561) 995-1966  |  Fax: (561) 241-0812
                                    lstrauss@gedlawyers.com;
                                    jwomack@gedlawyers.com
                                    ***Attorney for Plaintiffs***

And

*/s/ Ryan M. Bennett*
Ryan M. Bennett, Esq.
Florida Bar No. 72988
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
P: 504-837-2500  |  F: 504-603-0730
rbennett@nt-lawfirm.com
***Attorney for Defendant***

2